IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MEAGAN SPURGEON, | ) Case No. 1:23-cv-1113 |
| Plaintiff, | ) |
| v. | ) JUDGE DAN AARON POLSTER |
| BRYANT & STRATTON COLLEGE, et al., | ) **ORDER** |
| Defendants. | ) |

On July 24, 2023, plaintiff notified the court that the parties had reached a settlement. Accordingly, this case is dismissed with prejudice, with parties to bear their own costs. Notice by the Clerk of Courts is hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: July 24, 2023

*s/Dan Aaron Polster*
United States District Judge